**Richard Allen BEEBE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50423.**

Missouri Court of Appeals, Western District.

June 20, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM.

Movant, Richard Beebe, entered a plea of guilty on charges for theft of a truck. He sought to set aside, under Rule 24.035, his plea on the basis it was involuntary. The motion court, without holding an evidentiary hearing denied. Affirmed. Rule 84.16(b).

■

**Derrick EDWARDS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49774.**

Missouri Court of Appeals, Western District.

June 20, 1995.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and ELLIS

Appeal from denial of appellant's motion to vacate, set aside or correct judgment on sentences for convictions of first degree tampering and unlawful use of a weapon, pursuant to Rule 24.035.

Judgment affirmed. Rule 84.16(b).